| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  Ambro, Thomas L | 2. Court or Organization  U.S. Court of Appeals, 3rd Cir | 3. Date of Report  05/8/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  Federal Courthouse 844 King Street, Lock Box 32 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. Member | Board of Editors, Delaware Lawyer |
| 5. Member | Board of Editors, Delaware Law Review |
| 6. Member | Board of Trustees of the American Inns of Court |
| 7. Member | Editorial Board of The Business Lawyer |
| 8. Member | Editorial Board of Business Law Today |
| 9. Member | Executive Committee of the Board of Directors of the Federal Judges Association |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY -9 A 11:05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | State of Delaware |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Jan 11-15, 2007 | Charleston, SC | SBL Midwinter Meeting | Transportation, Lodging & Meals |
| 2. | Duke University School of Law | Feb 22-24, 2007 | Durham, NC | Moot Court | Transportation, Lodging & Meals |
| 3. | American Bar Association | Mar 15-18, 2007 | Washington, DC | SBL Spring Meeting | Transportation, Lodging & Meals |
| 4. | American Bar Association | Aug 10-13, 2007 | San Francisco, CA | ABA Annual Meeting | Transportation, Lodging & Meals |
| 5. | American Inns of Court | Sep 29-Oct 6, 2007 | London, England | See Part VIII | Transportation, Lodging & Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | University of Chicago Law School | Oct 31-Nov 1, 2007 | Chicago, IL | Symposium Participant | Transportation, Lodging & Meals |
| 7. | American Bar Association | Nov 16, 2007 | Washington, DC | CLE program panelist | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 92) | P1 |
| 2. Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 92) | P1 |
| 3. Commerce Bank, N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 92) | P1 |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wilmington Trust Account | A | Interest | J | T | | | | | |
| 2.  Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3.  Wilmington Tax Exempt Investor | A | Interest | J | T | | | | | |
| 4.  Delaware State Bond 6.1% | | None | K | T | | | | | |
| 5.  Glasgow Professional Properties Inc | | None | O | W | | | | | |
| 6.  Lynnhaven Partners (1983 - $23,500) | | None | | | Sell | 12/31 | J | | |
| 7.  PB/Fogelman Harbour Town Partnership (1988 - $30,300) | | None | | | Sell | 12/31 | J | | |
| 8.  Trust Account #6 | E | Dividend | N | T | | | | | |
| 9.  - Evergreen Municipal Money Market FD (cash equivalent) | | | | | | | | | |
| 10.  - Centerpoint Energy Inc | | | | | | | | | |
| 11.  - Harris Assoc Oakmark I | | | | | | | | | |
| 12.  - Southwest Water Co | | | | | | | | | |
| 13.  - Nuveen Invt Qual Ped | | | | | Buy | 03/08 | K | | |
| 14. | | | | | Sell | 03/22 | K | | |
| 15.  Trust Account #7 | G | Int./Div. | O | T | | | | | |
| 16.  - Goldman Sachs TR ILA Money Market | | | | | Buy | 3/12 | J | | |
| 17. | | | | | Partial Sale | 4/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - ING Funds Intr Value | | | | | Partial Sale | 3/9 | L | E | |
| 19. - Oakmark Global Fund CL I | | | | | Partial Sale | 3/9 | K | D | |
| 20. | | | | | Partial Sale | 5/14 | K | D | |
| 21. - Duke Energy Co | | | | | Donated | | | | |
| 22. - Bridgeway Ultra-Small Co | | | | | | | | | |
| 23. - T Rowe Price Cap Appr FD | | | | | | | | | |
| 24. - Fairholme Fund | | | | | | | | | |
| 25. - T Rowe Price Mid-Cap Growth Fund | | | | | Sell | 3/27 | L | D | |
| 26. - Wasatch Heritage Growth Fund | | | | | Sell | 7/1 | M | E | |
| 27. - CGM Focus Fund | | | | | | | | | |
| 28. - T Rowe Price Equity Income | | | | | Partial Sale | 12/20 | J | | |
| 29. - 3Com Corp | | | | | Sell | 3/7 | J | | |
| 30. - Primecap Odyssey Agg Grw | | | | | Buy | 03/28 | L | | |
| 31. | | | | | Partial Sale | 08/27 | K | B | |
| 32. IRA Account #1 | D | Dividend | N | T | | | | | |
| 33. - Goldman Schs TR ILA Money Market | | | | | Partial Sale | 1/23 | J | | |
| 34. | | | | | Partial Sale | 4/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Calamos Invt TR New | | | | | Sell | 3/9 | J | B | |
| 36. - Oakmark Global Fund | | | | | Partial Sale | 5/14 | J | D | |
| 37. - Calamos Invt TR New Convertible FD CL A | | | | | Sell | 5/14 | J | A | |
| 38. - Oakmark Fund Class I | | | | | | | | | |
| 39. - Bridgeway FD Inc | | | | | | | | | |
| 40. - Franklin Cust Income FD | | | | | | | | | |
| 41. - T Rowe Price Cap Appr FD | | | | | | | | | |
| 42. - Dodge & Cox Intl Stock Fund | | | | | Partial Sale | 5/14 | K | D | |
| 43. - Fairholme Fund | | | | | | | | | |
| 44. - Wasatch Heritage Gorwth Fund | | | | | Sell | 7/13 | K | C | |
| 45. - Nuveen Multistrategy Income and Growth FD | | | | | Buy | 6/22 | K | | |
| 46. | | | | | Buy | 7/20 | L | | |
| 47. IRA Account #2 | G | Dividend | P1 | T | | | | | |
| 48. - Goldman Sachs TR ILA Money Market | | | | | Buy | 1/23 | J | | |
| 49. - Dominion Res Inc VA New | | | | | | | | | |
| 50. - Teco Energy Inc | | | | | | | | | |
| 51. - Oakmark Global Fund | | | | | Partial Sale | 5/14 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Calamos Invt TR New Convertible FD CLA | | | | | Sell | 5/14 | L | C | |
| 53. - Aegis Value Fund Inc | | | | | Sell | 1/4 | L | | |
| 54. - Bridgeway FD Inc Ultra-Small Co | | | | | | | | | |
| 55. - Centerpoint Energy Inc | | | | | | | | | |
| 56. - Franklin Cust Income FD | | | | | | | | | |
| 57. - T Rowe Price Cap Appr Fund | | | | | | | | | |
| 58. - Campbell Fund Trust | | | | | Redemption | 6/19 | N | | |
| 59. - Dodge & Cox Intl Stock Fund | | | | | Partial Sale | 5/14 | L | E | |
| 60. - Fairholme Fund | | | | | | | | | |
| 61. - Rowe T Price Equity Income FD | | | | | | | | | |
| 62. - Nuveen Multistrategy Income and Growth FD | | | | | Buy | 6/22 | M | | |
| 63. - Nuveen Multistrategy Income and Growth I | | | | | Buy | 6/22 | M | | |
| 64. - Nuveen Qual Income PFD | | | | | Buy | 6/20 | L | | |
| 65. - Aston Funds Small Cap Value Fund | | | | | Buy | 1/5 | K | | |
| 66. | | | | | Partial Sale | 5/14 | K | B | |
| 67. - Wasatch Heritage Growth FD | | | | | Buy | 1/31 | J | | |
| 68. | | | | | Sell | 7/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust Account #12 | F | Int./Div. | O | T | | | | | |
| 70. - GS ILA Money Mkt Instl | | | | | Buy | 3/19 | J | | |
| 71. | | | | | Partial Sale | 4/14 | J | | |
| 72. - Calamos Invt TR New | | | | | Partial Sale | 3/9 | M | E | |
| 73. - ING Funds Intr Value | | | | | Partial Sale | 3/9 | K | E | |
| 74. - Oakmark Global Fund | | | | | Partial Sale | 5/14 | K | E | |
| 75. - Calamos Convertible FD CLA | | | | | Sell | 5/14 | L | D | |
| 76. - Bridgeway Ultra-Small Co Mkt Fund | | | | | | | | | |
| 77. - T Rowe Price Cap Appr Fund | | | | | Partial Sale | 10/16 | J | A | |
| 78. - Fairholme Fund | | | | | | | | | |
| 79. - Wasatch Heritage Growth Fund | | | | | Buy | 3/12 | M | | |
| 80. | | | | | Sell | 7/13 | M | E | |
| 81. - T Rowe Price Mid-Cap Growth Fund | | | | | Sell | 3/27 | L | C | |
| 82. - 3Com Corp | | | | | Sell | 1/11 | J | A | |
| 83. - CGM Focus Fund | | | | | | | | | |
| 84. - Dodge & Cox Intl Stock Fund | | | | | Partial Sale | 5/14 | K | D | |
| 85. - Oakmark Select Fund | | | | | Sell | 3/9 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - AXA Enterprise Int CL A | | | | | Buy | 3/12 | M | | |
| 87. | | | | | Sell | 5/2 | M | D | |
| 88.   - Nuveen Trdwinds Intl Val A | | | | | Buy | 5/3 | M | | |
| 89. | | | | | Sell | 5/14 | M | | |
| 90.   - Prime Odyssey AGG Grw | | | | | Buy | 3/28 | L | | |
| 91. | | | | | Partial Sale | 8/27 | K | B | |
| 92.   Springside, LLC (2000 - $300,000) | | None | P1 | W | | | | | |
| 93.   Legg Mason Opportunity Trust | B | Dividend | K | T | | | | | |
| 94.   Middletown Professional Properties, LLC (2004 - $80,925) | E | Rent | L | R | | | | | |
| 95.   Schneider Value Fund | C | Dividend | L | T | | | | | |
| 96.   Trust #13 | E | Int./Div. | O | T | | | | | |
| 97.   - Delaware St Health Facs Bond | | | | | Buy | 1/19 | M | | |
| 98. | | | | | Sell | 9/7 | M | | |
| 99. | | | | | Buy | 1/19 | K | | |
| 100. | | | | | Sell | 9/28 | K | | |
| 101. | | | | | Buy | 1/19 | M | | |
| 102. | | | | | Buy | 7/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 7/27 | K | | |
| 104. | | | | | Buy | 8/3 | N | | |
| 105.  - Nuveen Trdwinds Glbl | | | | | Buy | 3/12 | M | | |
| 106.  Note Receivable from ▰▰▰▰▰▰ ▰▰▰▰ | D | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/8/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

From Part IV, Lines 1 and 3, SBL is abbreviated due to spacing limitation.  It represents Section of Business Law.

From Part IV, Line 5, Purpose, Representative to British Inns of Court RE Temple Bar Scholars Program

Part VII, Line 21, asset was donated 5/15/07 along with Spectra Energy Corp. directly to a charity.  Spectra Energy Corp. shares were obtained from a spinoff of Duke Energy Corp. on 1/2/07.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544